IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARVIN JAMES, #110142, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BILLY OWENS, et al., )<br>)<br>Respondent. ) | CIVIL ACTION NO. 2:04cv149-MHT<br>(WO) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 31, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the petition for habeas corpus relief filed by Marvin James is denied and that this case is DISMISSED with prejudice.

Done this 17th day of April, 2006.

                                                          /s/  Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE